# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JOHN L. DYE, JR.,
        Plaintiff

      v.                                  CASE NUMBER: 06-C-634

BYRON BARTOW,
        Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment (Docket #25) is granted.

    **IT IS FURTHER ORDERED** that this case is **DISMISSED**.

| | |
|---|---|
| November 6, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |